■ ALBERT SARGIS, Appellant, v MAXWELL T. COHEN, as Executor of GEORGE P. EDGAR, Deceased, Respondent. — Judgment, Supreme Court, New York County, entered on June 3, 1980, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered on April 30, 1980 is dismissed as sub-

sumed in the judgment, without costs and without disbursements. No opinion. Concur — Sandler, J.P., Sullivan, Markewich, Lupiano and Fein, JJ.